In the Matter of CARLTON E. NORTHUP, JR., on Behalf of MABEL NORTHUP, Petitioner, v NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES et al., Respondents.—

Present—Dillon, P. J., Callahan, Boomer, Pine and Balio, JJ.